

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2016

No. 04-15-00595-CR

David **ARROYO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8109
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Appellant's notice of appeal was filed with this court on September 29, 2015, and the appellate record was determined to be complete on May 4, 2016. Accordingly, Appellant's brief was due to be filed with this court by June 3, 2016. *See* TEX. R. APP. P. 38.6(a). To date, Appellant has not filed a motion for extension of time to file the brief or the brief.

We ORDER Appellant's attorney to either file Appellant's brief or a motion to dismiss this appeal within TEN DAYS of the date of this order. If no brief or motion is filed by that date, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2). Appellant's attorney is cautioned that, to protect appellant's rights, this court may "initiat[e] contempt proceedings against appellant's counsel." *Id.* R. 38.8(b)(4).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2016.

Keith E. Hottle
Clerk of Court